UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAYUR RAJENDRABHAI PATEL,

                Petitioner,

     v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

                Respondents.

Case No. C19-1864-RSL-MLP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The Government's motion to dismiss (dkt. # 5) is GRANTED.

    (3)    Petitioner's habeas petition (dkt. # 1) is DENIED.

    (4)    The stay of removal (dkt. # 3) is VACATED.

    (5)    This action is DISMISSED with prejudice.

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 13th day of April, 2020.

*MWS Lasnik*

Robert S. Lasnik
United States District Judge